| AO 10<br>Rev. 1/2018 | FINANCIAL DISCLOSURE REPORT<br>INITIAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Flynn, Sean P. | 2. Court or Organization<br><br>U.S. District Court, Middle District of Florida | 3. Date of Report<br><br>09/21/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge (full-time) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☑ Initial  ☐ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>09/10/2018 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>801 N. Florida Avenue<br>Tampa, Florida 33602 | | |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flynn, Sean P. | 09/21/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | |
| 2. | 2018 | |
| 3. | 2018 | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | exempt | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flynn, Sean P. | 09/21/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. exempt | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flynn, Sean P. | 09/21/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BoA Cash Accounts | A | Interest | N | T | Exempt | | | | |
| 2. PNC Cash Account | | None | | | | | | | |
| 3. Lincoln National Life Insurance Company (Whole Life) | A | Dividend | K | T | | | | | |
| 4. 401K Plan 1 (H) | | | | | | | | | |
| 5. Invesco Growth and Income R5 | B | Dividend | K | T | | | | | |
| 6. Oakmark Equity And Income Investor | A | Dividend | J | T | | | | | |
| 7. PFGIM Jennison Small Company Z | A | Dividend | J | T | | | | | |
| 8. Principal MidCap Institutional | A | Dividend | J | T | | | | | |
| 9. Vanguard FTSE All-Wld ex-US Idx Instl | A | Dividend | J | T | | | | | |
| 10. Vanguard Institutional Index I | A | Dividend | J | T | | | | | |
| 11. 401k Plan 2 (H) | | | | | | | | | |
| 12. Oppenheiner Global Opp Inst. | A | Dividend | J | T | | | | | |
| 13. American Funds New World R6 | A | Dividend | J | T | | | | | |
| 14. American Funds Gr. Fund of Am R6 | A | Dividend | J | T | | | | | |
| 15. Wells Fargo Large Cap Core R6 | A | Dividend | J | T | | | | | |
| 16. Eaton Vance ATL Cap SMID Cap R6 | A | Dividend | J | T | | | | | |
| 17. IRA Account 1 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flynn, Sean P. | 09/21/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. iShares Russ 1000 Growth Fund | A | Dividend | K | T | | | | | |
| 19. iShares Core S&P MidCap ETF | A | Dividend | J | T | | | | | |
| 20. Federated Government Obligations CL Premier | A | Dividend | J | T | | | | | |
| 21. John Hancock International Growth CL R6 | A | Dividend | J | T | | | | | |
| 22. MFS Global Equity Class R6 | A | Dividend | J | T | | | | | |
| 23. Principal Midcap Fund CL Instl | A | Dividend | J | T | | | | | |
| 24. T Rowe Price Large-Cap Growth CL Instl | A | Dividend | J | T | | | | | |
| 25. IRA Account 2 (H) | | | | | | | | | |
| 26. Money Market Fund Retirement Shares | A | Interest | J | T | | | | | |
| 27. American Fundamental Investors CL F3 | A | Dividend | J | T | | | | | |
| 28. Blackrock Equity Dividend CL K | A | Dividend | K | T | | | | | |
| 29. Blackrock Multi Asset Income CL K | A | Dividend | K | T | | | | | |
| 30. Franklin Dynatech CL R6 | A | Dividend | K | T | | | | | |
| 31. John Hancock Bond CL R6 | A | Dividend | J | T | | | | | |
| 32. John Hancock International Growth CL R6 | A | Dividend | K | T | | | | | |
| 33. JPMorgan Growth Advantage CL R6 | A | Dividend | K | T | | | | | |
| 34. MFS Corproate Bond CL R6 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flynn, Sean P. | 09/21/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MFS Mid Cap Value CL R6 | A | Dividend | J | T | | | | | |
| 36. MFS Research International CL R6 | A | Dividend | K | T | | | | | |
| 37. MFS Value CL R6 | A | Dividend | K | T | | | | | |
| 38. Oakmark International CL I | A | Dividend | K | T | | | | | |
| 39. PGIM Total Return Bond CL R6 | A | Dividend | J | T | | | | | |
| 40. Principal Midcap CL I | A | Dividend | J | T | | | | | |
| 41. T Rowe Price Large-Cap Growth CL Instl | A | Dividend | K | T | | | | | |
| 42. iShares Core S&P Mid Cap ETF | A | Dividend | J | T | | | | | |
| 43. iShares Core S&P Small Cap ETF | A | Dividend | J | T | | | | | |
| 44. iShares Edge MSCI USA Momentum Factor ETF | A | Dividend | J | T | | | | | |
| 45. iShares Russell 1000 Growth Fund | A | Dividend | J | T | | | | | |
| 46. Investment Account 1 (H) | | | | | | | | | |
| 47. iShares Russ 1000 Growth Fund | A | Dividend | J | T | | | | | |
| 48. iShares Core S&P MidCap ETF | A | Dividend | J | T | | | | | |
| 49. American Capital Income Builder CL A | B | Dividend | K | T | | | | | |
| 50. American Washington Mutual Investors CL A | C | Dividend | M | T | | | | | |
| 51. Investment Account 2 (H) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flynn, Sean P. | 09/21/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. American AMCAP Fund CL A | C | Dividend | K | T | | | | | |
| 53. American Europacific Growth Fund CL A | A | Dividend | J | T | | | | | |
| 54. iShares Core S&P Mid Cap ETF | A | Dividend | K | T | | | | | |
| 55. iShares Core S&P Small Cap ETF | A | Dividend | K | T | | | | | |
| 56. iShares Edge MSCI USA Momentum Factor Fund ETF | A | Dividend | J | T | | | | | |
| 57. iShares Russ 1000 Growth Fund | A | Dividend | K | T | | | | | |
| 58. iShares Edge MSCI Min Vol. USA ETF | A | Dividend | K | T | | | | | |
| 59. iShares Edge MCSI USA Quality Factor ETF | A | Dividend | J | T | | | | | |
| 60. Investment Account 3 (H) | | | | | | | | | |
| 61. American AMCAP Fund CL A | C | Dividend | K | T | | | | | |
| 62. American Europacific Growth Fund CL A | A | Dividend | J | T | | | | | |
| 63. iShares Core S&P Mid Cap ETF | A | Dividend | K | T | | | | | |
| 64. iShares Core S&P Small Cap ETF | A | Dividend | K | T | | | | | |
| 65. iShares Edge MSCI USA Factor Momentum ETF | A | Dividend | J | T | | | | | |
| 66. iShares Russ 1000 Growth Fund | A | Dividend | K | T | | | | | |
| 67. iShares Edge MSCI Min Vol. USA ETF | A | Dividend | K | T | | | | | |
| 68. iShares Edge MCSI USA Quality Factor ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flynn, Sean P. | 09/21/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. College Choice Advisor 529 Plan 1 (H) | | | | | | | | | |
| 70. Cc Adv 529 Boston Company Dynamic Large Cap Value CL A | A | Dividend | K | T | | | | | |
| 71. Cc Adv 529 International Equity Index CL A | A | Dividend | J | T | | | | | |
| 72. Cc Adv 529 Emerging Markets Equity Index CL A | A | Dividend | J | T | | | | | |
| 73. College Choice Advisor 529 Plan 2 (H) | | | | | | | | | |
| 74. Cc Adv 529 Boston Company Dynamic Large Cap Value CL A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Flynn, Sean P. | 09/21/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PNC Cash Account is non-interest bearing.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sean P. Flynn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544